-Appendix B- Preliminary Damages Calculation Summary: A real-world quantified damage total of $4.3 million based on obstruction, theft, and suppression costs.

# APPENDIX [B] — DAMAGES CALCULATION SUMMARY

*Ronnie Bullens v. Sam Altman, OpenAI L.P., et al.*

This Exhibit provides a preliminary calculation of damages sustained by Plaintiff, Ronald Bullens, due to Defendants' actions, including intellectual property theft, suppression, obstruction, and associated misconduct.

Plaintiff reserves the right to amend and expand these calculations pending discovery and production of internal records, including but not limited to third-party collaborations, unauthorized data dissemination, and monetization attempts.

## I. Compensatory Damages

| Category | Description | Amount |
| --- | --- | --- |
| Economic Losses | Lost business opportunities, licensing potential, and development disruption of VeriCrux and related frameworks. | $1,000,000 |
| Reputational Harm & Emotional Distress | Damage to personal and professional reputation, mental anguish, and ongoing interference. | $200,000 |

## II. Punitive Damages

| Basis | Description | Amount |
| --- | --- | --- |
| Willful, Malicious Conduct | Multiplier of compensatory damages (3x) for intentional suppression, spoliation, and obstruction of platform access and legal processes. | $3,000,000 |

## III. Sanctions & Attorney's Fees

| Category | Description | Amount |
| --- | --- | --- |
| Litigation Costs & Sanctions | Costs incurred due to Defendants' obstruction, discovery delays, and bad faith litigation conduct. | $100,000 |

## IV. Injunctive & Declaratory Relief (Non-Monetary)

- Immediate cessation of suppression actions.
- Restoration of Plaintiff's platform access.
- Preservation of all relevant data and records.
- Formal recognition of Plaintiff's intellectual property rights.

## Total Preliminary Damages Demand:

**$4,300,000**

*This figure represents a baseline calculation. Actual damages may increase upon discovery of additional misconduct, unauthorized data use, and collusion with third parties.*