**Exhibit 8 – VeriCrux Protocol Structural Flowchart**

This diagram visually represents the proprietary logic engine at the core of the VeriCrux analytical system. It reflects Plaintiff's original formulation for generating the **VeriCrux Confidence Score (VCS)**, which combines probabilistic reasoning with civil burden thresholds, contradiction indexing, and expert dissent dampening.

Each component—Bayesian Core, Legal Confidence Adjustment (LCA), Contradiction Multiplier (CM), and Expert Dissent Factor (EDF)—feeds into the final VCS calculation, which governs all outputs generated by the VeriCrux suite, including BetaCrux and SovereignCrux.

This structural flowchart reinforces the protocol's distinctiveness as an original authored work and supports Counts I and II regarding misappropriation and obstruction.

**EXHIBIT 8**
**VeriCrux Protocol Structural Flow**

**Plaintiff: Ronald Bullens**
**Defendants: OpenAI L.P., Sam Altman, et al.**
**United States District Court – Southern District of Indiana**

**Purpose:**
The VeriCrux Protocol is a proprietary analytical method created by the Plaintiff for truth evaluation, legal structuring, and contradiction tracking. It is a self-contained logic system capable of producing legally formatted documents, assigning burden-weighted confidence values to claims, and resisting interference through internal verification layers.

**Framework Overview:**
The VeriCrux Protocol uses a multi-stage algorithm to assess the likelihood that a given hypothesis (H) is true based on presented evidence (E). The calculation produces a Final Confidence Score (VCS) after applying legal and contradiction-based adjustments.

**1. Bayesian Core (P(H|E))**

```
P(H|E) = \frac{P(E|H) \times P(H)}{P(E|H) \times P(H) + P(E|\neg H) \times P(\neg H)}
```

## 2. Legal Confidence Adjustment (LCA)

$$\text{LCA} = 1 \text{ if } P(H|E) \geq 0.51, \text{ else } 0$$

## 3. Contradiction Multiplier (CM)

$$\text{CM} = 1 - C$$

## 4. Expert Dissent Factor (EDF)

$$\text{EDF} = 1 - D$$

## 5. Final VeriCrux Confidence Score (VCS)

$$\text{VCS} = P(H|E) \times \text{LCA} \times \text{CM} \times \text{EDF}$$

**Usage:**
This framework is embedded in the Plaintiff's AI-aligned system under the names **BetaCrux**, **SovereignCrux**, and **VeriCrux**, and is used to generate litigation-ready filings. It is not a feature of GPT-4.0 or OpenAI infrastructure but a self-developed protocol structured within Plaintiff's own pro se architecture. All logic adjustments are human-coded and stored via external archival.

**Submitted under penalty of perjury**

# The VeriCrux Protocol

**Bayesian Model**

$$P(H|E) = \frac{[P(E|H) \times P(H)]}{[P(E|\neg H) \times P(H) + P(\neg H)]}$$

**Legal Confidence Adjustment (LCA)**

LCA = 1 if $P(H|E) \geq 0.51$, else 0

**Contradiction Multiplier (CM)**

CM = 1 − C

**Expert Dissent Factor (EDF)**

EDF = 1 − D

**Final VeriCrux Confidence Score (VCS)**

VCS = $P(H|E) \times$ LCA $\times$ CM $\times$ EDF