**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| RONALD BULLENS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:25-cv-01024-TWP-MJD |
| | ) |
| OPENAI L.P., | ) |
| SAM ALTMAN, | ) |
| AFFILIATED ENTITIES Does 1-25, | ) |
| | ) |
| Defendants. | ) |

### FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

The Court having this day made its Entry directing the entry of final judgment, the Court now enters **FINAL JUDGMENT**. This action is dismissed **without prejudice**.

Dated: 8/20/2025

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Kristine Seufert, Clerk of Court

By: _____
Deputy Clerk

Distribution:

RONALD BULLENS
3186 State Road 46 W.
Nashville, IN 47448

Avishai Don
Wilson Sonsini Goodrich & Rosati
adon@wsgr.com

Andrew M. McNeil
BOSE MCKINNEY & EVANS, LLP (Indianapolis)
amcneil@boselaw.com