# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

March 23, 2026

To:   Kristine L. Seufert
UNITED STATES DISTRICT COURT
Southern District of Indiana
United States Courthouse
Indianapolis, IN 46204-0000

| | |
|---|---|
| No. 25-3318 | RONALD BULLENS,<br>　　　　　Plaintiff - Appellant<br><br>v.<br><br>OPENAI L.P., SAM ALTMAN and AFFILIATE ENTITIES, Does 1-25,<br>　　　　　Defendants - Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 1:25-cv-01024-TWP-MJD |
| Southern District of Indiana, Indianapolis Division |
| District Judge Tanya Walton Pratt |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:                    No record to be returned

form name: **c7_Mandate**   (form ID: **135**)

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

February 27, 2026

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

Before

DAVID F. HAMILTON, *Circuit Judge*
DORIS L. PRYOR, *Circuit Judge*
JOSHUA P. KOLAR, *Circuit Judge*

| | |
|---|---|
| No. 25-3318 | RONALD BULLENS,<br><br>        Plaintiff - Appellant<br><br>v.<br><br>OPENAI L.P., SAM ALTMAN and AFFILIATE ENTITIES, Does 1-25,<br><br>        Defendants - Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 1:25-cv-01024-TWP-MJD<br>Southern District of Indiana, Indianapolis Division<br>District Judge Tanya Walton Pratt |

On consideration of the papers filed in this appeal and review of the short record,

**IT IS ORDERED** that this appeal is **LIMITED** to a review of the district court's December 15, 2025, order denying appellant's motion for relief from the judgment.

Rule 4(a) of the Federal Rules of Appellate Procedure and 28 U.S.C. § 2107(a) require that a notice of appeal in a civil case be filed in the district court within 30 days of the entry of the judgment or order appealed. In this case judgment was entered on August 21, 2025. The district court construed appellant's motion for leave to file an amended jurisdictional statement as a timely motion to reconsider and denied the motion on October 21, 2025. Appellant then submitted a motion for relief from the judgment on November 17, 2025. Because this motion was filed more than 28 days after the

Case 1:25-cv-01024-TWP-MJD    Document 72    Filed 03/23/26    Page 3 of 3 PageID #:
    Case: 25-3318    Document: 0071472~~5~~335    Filed: 03/23/2026    Pages: 2
592

No. 25-3318                                                                  Page 2

judgment, and because the district court had already denied one post-judgment motion, this motion did not further affect the time to appeal the judgment. *See* Fed. R. App. P. 4(a)(4); *Krivak v. Home Depot U.S.A., Inc.*, 2 F.4th 601, 606 (7th Cir. 2021); *Banks v. Chicago Bd. of Educ.*, 750 F.3d 663, 666 (7th Cir. 2014).

The notice of appeal was filed on December 22, 2025, over one month late with respect to the judgment. The district court has not granted an extension of the appeal period, *see* 28 U.S.C. § 2107(c); Fed. R. App. P. 4(a)(5), and this court is not empowered to do so, *see* Fed. R. App. P. 26(b). This appeal is timely with respect to only the district court's December 15, 2025, order denying the motion for relief from the judgment.

This court has further determined that any issues that could be raised with respect to this order are insubstantial and that further briefing would not be helpful to the court's consideration of the issues. *See United States v. Fortner*, 455 F.3d 752, 754 (7th Cir. 2006); *Taylor v. City of New Albany*, 979 F.2d 87, 87 (7th Cir. 1992). The district court did not abuse its broad discretion in refusing to reconsider its dismissal of this suit for lack of jurisdiction. *See Banks*, 750 F.3d at 667–68. Accordingly,

**IT IS FURTHER ORDERED** that the December 15, 2025, order of the district court is **SUMMARILY AFFIRMED**.

form name: **c7_Order_3J**    (form ID: **177**)